Barbara Satek, Appellant, v. Rosy Fortuna et al., Appellees.

Gen. No. 43,091. 

opinion filed December 19, 1944; released for publication January 4, 1945. Eugene A. Weinberg and Samuel Koenigsberg, for appellant; Julius H. Selinger, for appellees. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.